# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN L. WILLIAMS-EL,

    Plaintiff,

vs.

JAMES GREG COX, et al.,

    Defendants.

Case No. 3:13-cv-00164-RCJ-WGC

**ORDER**

    Defendants having submitted a motion to continue the 90-day stay (#17), and good cause appearing;

    IT IS THEREFORE ORDERED that defendants' a motion to continue the 90-day stay (#17) is **GRANTED**.  The parties shall have through September 30, 2014, to file a stipulation to dismiss.

    DATED:  August 25, 2014.

_____
WILLIAM G. COBB
United States Magistrate Judge