1

2

3

4                      **UNITED STATES DISTRICT COURT**

5                            **DISTRICT OF NEVADA**

6

7   JOHN L. WILLIAMS-EL,                    )        3:13-cv-00164-RCJ-WGC
                                            )
8                Plaintiff,                 )        **ORDER**
                                            )
9            vs.                            )
                                            )
10  JAMES GREG COX, et al,                  )
                                            )
11               Defendants.                )
    _____)

12

13      Before the court is a letter from Plaintiff requesting the return of a partial payment toward the

14  filing fee a family member made on Plaintiff's behalf.  Plaintiff states his lawsuit was settled and a filing

15  fee will not be required. (Doc. # 21-1.)[1] Although Plaintiff's request technically should have been styled

16  as a motion, the court will nevertheless address the relief Plaintiff seeks.

17      Although the letter also states he was ordered by the court to commence payment on the filing

18  fee (*id*), the record reflects the court's resolution of Plaintiff's request for in forma pauperis (IFP) status

19  was deferred (twice) to allow the parties to address settlement. (Docs. ## 6, 12.)

20      The parties subsequently advised the court that a settlement has been reached. (Docs. ## 15, 16.)

21  However, an extension of the 90-day stay was sought by the Defendants to enable the parties to

22  consummate settlement and complete documentation regarding the settlement. (Doc. # 17.) The court

23  granted that request. (Doc. # 18; see also Docs. ## 19, 20.)  A stipulation for dismissal has been filed

24  in this matter. (Doc. # 22.)

25      Because settlement of the case was reached during the stay period, no determination was or will

26  be made on Plaintiff's request for IFP status and no filing fee shall be required.  Although Plaintiff has

27  requested a refund in the amount of $100.00, the Clerk's records reflects only one payment of $50.00 was

28

---

[1] Refers to court's docket number.

1  received on Plaintiffs' behalf on May 20, 2014. (Doc. # 3.) This payment is also confirmed by a

2  U.S. Courts Case Inquiry Report dated 9/8/2014, a copy of which is attached.

3         At Plaintiff's request (Doc., # 21-1), a refund shall be made to Plaintiff's mother, Phyllis

4  Williams, 5905 Feral Garden Street, North Las Vegas, Nevada 89031, in the amount of $50.00.

5  Therefore, the Clerk's Office shall process the above refund as above directed.

6  IT IS SO ORDERED.

7  DATED:   September 9, 2014.

8  _____
   WILLIAM G. COBB

9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

09/08/2014 06:31 PM EDT

Version 7.1    Page 4    of   4

**U.S. Courts**
**Case Inquiry Report**
Case Num: DNVX313CV000164;  Party Num: N/A;  Payee Code: N/A
Show Party Details: Y;  Show Payee Details: Y;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* Account Number | Debt Type Line# | Document Date Debt Type | Accomplished Date | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CT NVRNO001700 DNVX313CV000164-001 | 1 | 05/20/2013 PLRA FILING FEE | 05/21/2013 | PR | | 50.00 | | JOHN L WILLIAMS | O | 04 | 5100PL |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |